■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY ALVARADO, Appellant. [899 NYS2d 6]—

Judgment, Supreme Court, Bronx County (Barbara F. Newman, J.), rendered February 14, 2008, convicting defendant, after a nonjury trial, of assault in the second degree, reckless endangerment in the first degree, criminal possession of stolen property in the fourth degree and aggravated unlicensed operation of a motor vehicle in the third degree, and sentencing him, as a second felony offender, to an aggregate term of five years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility and identification. Reliable evidence provided by police officers and a civilian witness established that defendant was the fleeing driver of a stolen car, and that he struck a police officer. The element of physical injury was properly established by the officer's testimony as to the level of pain he felt (*see People v Guidice*, 83 NY2d 630, 636 [1994]). Defendant's pattern of egregious conduct in this lengthy car chase supported the conclusion that he acted with the culpable mental state of depraved indifference to human life (*see People v Feingold*, 7 NY3d 288 [2006]; *People v Mooney*, 62 AD3d 725 [2009]). Concur—Tom, J.P., Sweeny, Catterson, Moskowitz and DeGrasse, JJ.